# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| KYLE BURNS, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:21-cv-18194-RBK-KMW |
| v. | )<br>) |
| TD BANK, N.A., | )<br>) |
| Defendant. | )<br>) |

## MOTION TO APPEAR *PRO HAC VICE*

Kenneth J. Grunfeld hereby moves this Court under Local Civil Rule 101.1(c), to permit E. Adam Webb, of Webb, Klase & Lemond, LLC, to appear and participate in this case, and states as follows:

1. I am a member of the Bar of this Court, and counsel of record for Kyle Burns. I submit this motion in support of the application to admit E. Adam Webb on behalf of Plaintiff.

2. Mr. Webb is a member in good standing of the Bar of Georgia. He is not under suspension or disbarment by any court and is ineligible for admission to the Bar of this Court under Local Civil Rule 101.1(b).

3. Mr. Webb is a member in good standing and has been admitted to practice before all Georgia state courts, the United States District Courts for the Northern and Middle Districts of Georgia and the Northern District of Illinois, the United States Courts of Appeals for the Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits, and the United States Supreme Court.

4. Mr. Webb is of good moral and professional character.

5. All notices, orders, and pleadings may be served on me as counsel of record, and I will promptly notify Mr. Webb upon receipt.

6. Upon the granting of this Motion, I will submit a check in the amount of $150.00 payable to the Clerk, USDC, and I will submit a check to the New Jersey Lawyers' Fund for Client Protection in the amount of $252.00 pursuant to New Jersey Court Rule 1:28-2(a).

WHEREFORE, I respectfully request that an Order be entered admitting E. Adam Webb to appear *pro hac vice* in this matter.

Dated: October 11, 2021

/s/ *Kenneth J. Grunfeld*
Kenneth J. Grunfeld, Esq.
  New Jersey Bar No. 026091999
**GOLOMB SPIRT GRUNFELD, P.C.**
1835 Market Street
Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
kgrunfeld@golomblegal.com

E. Adam Webb, Esq.*
  Georgia Bar No. 743910
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9325
Adam@WebbLLC.com

* *Pro Hac Vice* application forthcoming

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kenneth J. Grunfeld, hereby certify that on the 11th day of October 2021, I caused a true and correct copy of the foregoing to be filed and served via the Court's CM/ECF filing system on all counsel of record.

*/s/Kenneth J. Grunfeld*
Kenneth J. Grunfeld
