UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| KYLE BURNS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TD BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-18194-RBK-KMW |

### CERTIFICATION OF E. ADAM WEBB

I, E. Adam Webb, of full age, hereby certifies and states:

1. I am an attorney and member of Webb, Klase & Lemond, LLC. I respectfully submit this certification in support of my admission *pro hac vice* to the United States District Court for the District of New Jersey on behalf of Plaintiff in the above captioned matter. I have personal knowledge of the facts set forth in this certification, and could testify competently to them if called upon to do so.

2. I have been admitted to practice and am a member in good standing before the following state and federal courts:

- Georgia state courts (1996)
- Georgia Court of Appeals (1996)
- Georgia Supreme Court (1996)
- United Stated District Court for the Northern District of Georgia (1996)
- United States District Court for the Middle District of Georgia (2002)
- United States District Court for the Northern District of Illinois (2003)
- United States District Court of the Eastern District of Michigan (2016)
- Eleventh Circuit Court of Appeals (2000)
- Second Circuit Court of Appeals (2002)

- Ninth Circuit Court of Appeals (2003)
- Third Circuit Court of Appeals (2004)
- Fourth Circuit Court of Appeals (2004)
- Sixth Circuit Court of Appeals (2004)
- Eighth Circuit Court of Appeals (2006)
- United States Supreme Court (2003)

3. I am a member of and in good standing with the Bar of the State of Georgia, 104 Marietta St NW, Suite 100, Atlanta, GA 30303, since August 8, 1996. My bar license number is 743910.

4. I am duly admitted to the Georgia Court of Appeals as of 1996. The office and address of the official maintaining my admission is: Georgia Court of Appeals, 330 Capitol Avenue SE, Suite 1601 Atlanta, GA 30334. I am a member in good standing in this court.

5. I am duly admitted to the Supreme Court of Georgia as of 1996. The office and address of the official maintaining my admission is: Supreme Court of Georgia, 330 Capitol Avenue, SE, Suite 1100, Atlanta, Georgia 30334. I am a member in good standing in this court.

6. I am duly admitted to the United States District Court of the Northern District of Georgia as of 1996. The office and address of the official maintaining my admission is: USDC – NDGA, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309. I am a member in good standing in this court.

7. I am duly admitted to the United States District Court of the Middle District of Georgia as of 2002. The office and address of the official maintaining my admission is: USDC – MDGA, 475 Mulberry Street, Macon, GA 31201. I am a member in good standing in this court.

8. I am duly admitted to the United States District Court of the Northern District of Illinois as of 2003 with bar number 90785693. The office and address of the official maintaining my admission is: USDC – NDIL, 219 South Dearborn Street, Chicago, IL 60604. I am a

member in good standing in this court.

9. I am duly admitted to the United States District Court of the Eastern District of Michigan as of 2016.  The office and address of the official maintaining my admission is: USDC – EDMI, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.  I am a member in good standing in this court.

10. I am duly admitted to the United States Court of Appeals for the Eleventh Circuit as of 2000.  The office and address of the official maintaining my admission is: U.S. Court of Appeals for the 11th Circuit, 56 Forsyth St., N.W., Atlanta, Georgia 30303.  I am a member in good standing in this court.

11. I am duly admitted to the United States Court of Appeals for the Second Circuit as of 2002.  The office and address of the official maintaining my admission is: U.S. Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  I am a member in good standing in this court.

12. I am duly admitted to the United States Court of Appeals for the Ninth Circuit as of 2003.  The office and address of the official maintaining my admission is: U.S. Court of Appeals for the Ninth Circuit, James R. Browning Courthouse, 95 7th Street, San Francisco, CA 94103.  I am a member in good standing in this court.

13. I am duly admitted to the United States Court of Appeals for the Third Circuit as of 2004.  The office and address of the official maintaining my admission is: U.S. Court of Appeals for the Third Circuit, 601 Market St, Philadelphia, PA 19106.  I am a member in good standing in this court.

14. I am duly admitted to the United States Court of Appeals for the Fourth Circuit as of 2004.  The office and address of the official maintaining my admission is: U.S. Court of

Appeals for the Fourth Circuit, 1100 E. Main Street, #501, Richmond, VA 23219. I am a member in good standing in this court.

15. I am duly admitted to the United States Court of Appeals for the Sixth Circuit as of 2004. The office and address of the official maintaining my admission is: U.S. Court of Appeals for the Sixth Circuit, 100 E 5th St, Cincinnati, OH 45202. I am a member in good standing in this court.

16. I am duly admitted to the United States Court of Appeals for the Eighth Circuit as of 2006. The office and address of the official maintaining my admission is: U.S. Court of Appeals for the Eighth Circuit, Thomas F. Eagleton Courthouse, 111 South, 10th Street, St. Louis, MO. 63102. I am a member in good standing in this court.

17. I am duly admitted to the United States Supreme Court as of 2002. The office and address of the official maintaining my admission is: U.S. Supreme Court, 1 First St NE, Washington, DC 20543. I am a member in good standing in this court.

18. I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

19. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

20. I have not been charged, arrested, or convicted or a criminal offense or offenses.

21. I will immediately notify the Court of any matter affecting my standing in any court or jurisdiction.

22. Counsel of record, with whom I will be working on this matter, is Kenneth J. Grunfeld, Esquire, an attorney licensed to practice by the Supreme Court of New Jersey and a member of the bar of this Court.

23. Upon my admission pro hac vice, I will comply with all the requirements of and pay the fees required by Local Civil Rule 101.1(c) and New Jersey Court Rule 1:28-2(a).

24. I have read and am familiar with the Local Rules of the District of New Jersey and will comply with the standards of practice set out therein.

I hereby certify under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.

_____
E. Adam Webb

Subscribed to and sworn before
me this 8th day of October, 2021.

_____
Notary Public

My commission expires:
10-25-2024