UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KYLE BURNS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Civil Action No. 1:21-cv-18194-RBK-AMD<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**<br><br>Motion Date: December 6, 2021 |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendant TD Bank, N.A. ("TD Bank") will move before this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, on December 6, 2021, for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting as counsel pro hac vice in this matter Cameron R. Goodwin of the law firm of Pierce Atwood LLP.

**PLEASE TAKE FURTHER NOTICE** that TD Bank will rely upon the Certification of Cameron R. Goodwin, and the Certification of Susan M. Leming in support of the admission.

**PLEASE TAKE FURTHER NOTICE** that all Plaintiffs consent to the *pro hac vice* admission of Cameron R. Goodwin.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting *pro hac vice* admission to Cameron R. Goodwin is attached.

Dated: November 12, 2021

                                          Respectfully submitted,
                                          **BROWN & CONNERY, LLP**

                                          /s/ Susan M. Leming
                                          Susan M. Leming, Esquire
                                          BROWN & CONNERY, LLP
                                          360 Haddon Avenue
                                          Westmont, New Jersey 08108
                                          (856) 854-8900 (phone)
                                          (856) 858-4967 (fax)

                                          *Attorneys for Defendant TD Bank, N.A.*