**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| KYLE BURNS, RUBY HAYES, JASMINE NORVILLE, and LISA RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>TD BANK, N.A.,<br><br>           Defendant. | Civil Action No. 1:21-cv-18194-KMW-AMD<br><br>**NOTICE OF MOTION FOR<br>PRO HAC VICE ADMISSION**<br><br>Motion Date: March 21, 2022 |

TO:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendant TD Bank, N.A. ("TD Bank") will move before this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, on March 21, 2022, for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting as counsel pro hac vice in this matter Joshua D. Dunlap of the law firm of Pierce Atwood LLP.

**PLEASE TAKE FURTHER NOTICE** that TD Bank will rely upon the Certification of Joshua D. Dunlap, and the Certification of Susan M. Leming in support of the admission.

**PLEASE TAKE FURTHER NOTICE** that all Plaintiffs consent to the *pro hac vice* admission of Joshua D. Dunlap.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting *pro hac vice* admission to Joshua D. Dunlap is attached.

Dated: February 25, 2022

                                    Respectfully submitted,
                                    **BROWN & CONNERY, LLP**

                                    /s/ *Susan M. Leming*
                                    Susan M. Leming, Esquire
                                    BROWN & CONNERY, LLP
                                    360 Haddon Avenue
                                    Westmont, New Jersey 08108
                                    (856) 854-8900 (phone)
                                    (856) 858-4967 (fax)

                                    *Attorneys for Defendant TD Bank, N.A.*

7FZ1343