## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| KYLE BURNS, RUBY HAYES, JASMINE NORVILLE, and LISA RODRIGUEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:21-cv-18194-KMW-AMD ) ) |
| TD BANK, N.A., | ) ) |
| Defendant. | ) ) |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Plaintiffs Jasmine Norville, and Lisa Rodriguez ("Plaintiffs") in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated:  April 22, 2022

Respectfully submitted,

*/s/ Andrew Obergfell*
Andrew Obergfell
New Jersey Bar No. 157962015
**BURSOR & FISHER, P.A.**
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
aobergfell@bursor.com

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of April, 2022, I electronically filed the foregoing document with the clerk of court using the electronic case filing system, CM/ECF. The electronic case filing system sent a "Notice of Electronic Filing" to attorneys of record, who have consented in writing to accept this notice as service of this document by electronic means.

<u>*/s/ Kenneth J. Grunfeld*            </u>
Kenneth J. Grunfeld