UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KYLE BURNS, RUBY HAYES, JASMINE NORVILLE, and LISA RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Case No. 1:21-cv-18194-KMW-AMD |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND ORDER ON RELATED MATTERS**

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 23, for an order (1) preliminarily approving the Parties' Settlement; (2) certifying the Settlement Class; (3) appointing Plaintiffs as Class Representatives and their counsel as Class Counsel; (4) approving the Notice Program; and (5) scheduling the final approval hearing. The motion is not opposed by Defendant.

The motion is based on the memorandum of law in support, the joint declaration of E. Adam Webb and Jeffrey Kaliel (filed simultaneously herewith), the Parties' Settlement Agreement and all exhibits thereto (Exhibit 3 to the joint declaration), and all pleadings and filings in this action.

As set forth more fully in the memorandum of law, the requested relief is appropriate because (1) the parties' settlement is fair, adequate, and reasonable and meets all requirements

for preliminary approval as articulated by the Third Circuit and Rule 23(e)(2), (2) the requirements of Rule 23(a) and (b)(3) are met and thus certification of the settlement class is warranted, and (3) the proposed notice program satisfies due process and Rule 23(e). For the Court's convenience, a proposed order is filed herewith.

DATED this 21st day February, 2024.

Respectfully submitted,

BY:  */s/ Richard M. Golomb*
Richard M. Golomb (NJ Bar No. 013181984)
**GOLOMB LEGAL P.C.**
One Logan Square
130 N. 18th Street, 16th Floor
Philadelphia, PA 19103
Telephone: (215) 985-9177
rgolomb@golomblegal.com

E. Adam Webb, Esq.
Georgia Bar No. 743910
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9325
Adam@WebbLLC.com

Jeffrey D. Kaliel
D.C. Bar No. 518372
Sophia Goren Gold
D.C. Bar No. 701241
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielgold.com
sgold@kalielgold.com

Andrew Obergfell
New Jersey Bar No. 157962015
Joseph I. Marchese
New York Bar No. 4238317
Julian C. Diamond
New York Bar No. 5836846
Matthew A. Girardi
New York Bar No. 5857057
**BURSOR & FISHER, P.A.**
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
aobergfell@bursor.com
jmarchese@bursor.com
jdiamond@bursor.com
mgirardi@bursor.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                        */s/ Richard M. Golomb*
                                        Richard M. Golomb