UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KYLE BURNS, RUBY HAYES, JASMINE NORVILLE, and LISA RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 1:21-cv-18194-KMW-AMD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

This Action[1] having settled pursuant to the Settlement Agreement and Releases ("Settlement Agreement") [ECF No. 101-2], and the Court having entered a Final Approval Order [ECF No. 114] granting final approval of this class action settlement, it is ORDERED AND ADJUGED that:

1. Pursuant to Federal Rules of Civil Procedure 54 and 58, Final Judgment is ENTERED, and the claims of Plaintiffs and the Releasing Parties are released, as set forth in the Final Approval Order and Settlement Agreement.

2. The claims of Plaintiffs and the Releasing Parties in this Action are DISMISSED WITH PREJUDICE, without fees and costs to any party except as otherwise provided in the Settlement Agreement, Final Approval Order and Fee Order.

---

[1] Capitalized terms in this Final Judgment, unless otherwise indicated, shall have the meaning attributed to them in the Settlement Agreement.

IT IS SO ORDERED, this the 15th day of October, 2024.

                                              Hon. Karen M. Williams
                                              United States District Judge